## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

BERTHA AQUINO-BUSTOS and
AURELIO PENALOZA-BRAVO,

     Defendants.

CRIMINAL ACTION NO.
1:18-CR-452-MHC-CCB

PARTIALLY REDACTED

### FINAL REPORT AND RECOMMENDATION

Defendants filed a number of pretrial motions in this case, most of which I considered in a Report and Recommendation (R&R) issued on November 21, 2019. (Doc. 67). In that R&R, I deferred Defendant Penaloza-Bravo's motion to sever, (Doc. 48), to District Judge Mark H. Cohen, and I certified the case ready for trial. (Doc. 67 at 42).

On January 7, 2020, Judge Cohen adopted the R&R and ordered the Government to respond to the motion to sever. (Docs. 81, 82). Then, on January 28, 2020, Defendant Aquino-Bustos filed her own motion to sever. (Doc. 87). She requested that this motion be sealed and that the Court consider it *ex parte* because it reveals defense strategies that are not yet required to be revealed to the

Government or to Defendant Penaloza-Bravo, and the Court granted that request. (Docs. 85, 86).[1] Judge Cohen referred both motions to sever to me, (Docs. 88, 89), and I held an *ex parte* hearing with Defendant Aquino-Bustos and her attorney on February 19, 2020.

I have reviewed Defendant Aquino-Bustos's motion to sever, as well as the argument of counsel from the *ex parte* hearing, and for the reasons set forth below (which are sealed), I **RECOMMEND** that Defendant Aquino-Bustos's motion to sever, (Doc. 87) be **GRANTED** and that Defendant Penaloza-Bravo's motion to sever, (Doc. 48), be **DENIED AS MOOT**.[2]

---

[1] The Court cites to sealed pleadings but reveals only those portions of the documents that it can without exposing the defense strategy that led to them being sealed in the first place.

[2] Because there are only two Defendants in this case, if the District Judge agrees that Defendant Aquino-Bustos's motion should be granted, then there is no need to substantively consider Penaloza-Bravo's motion.

III.    **Conclusion**

For all the reasons noted above, I recommend that Defendant Aquino-Bustos's motion to sever, (Doc. 87), be **GRANTED**. If the District Judge agrees with that recommendation, I further **RECOMMEND** that Defendant Penaloza-Bravo's motion to sever, (Doc. 48), be **DENIED AS MOOT**.

**IT IS SO RECOMMENDED,** this 9th day of March, 2020.

_____

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE