IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Bertha Aquino-Bustos | Criminal Action No.<br><br>1:18-cr-00452-MHC-CCB-1 |

### Government's Motion for Leave to File Dismissal

In the above-styled case, the defendant pled and was sentenced on an Information covering the same events, 1:21-cr-248-MHC. Further, as part of the plea the Government agreed to dismiss the Indictment 1:18-cr-00452-MHC-CCB-1, which was filed November 19, 2018. Counts 1-3 of Indictment 1:18-cr-00452-MHC-CCB-1 are therefore dismissed, as to Bertha Aquino-Bustos and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

By:   Bryan Henderson
*Special Assistant United States Attorney*
Georgia Bar No. 821624
BHenderson3@usa.doj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### Order

Now, to-wit, on the 8th day of September, 2021, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

MARK H. COHEN
UNITED STATES DISTRICT JUDGE